United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jason Miyares and Christie A. Vidaillet, Plaintiffs, <br><br> v. <br><br> Mazda Motor Corporation and Mazda Motor of America, Inc., Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 19-25271-Civ-Scola <br> ) <br> ) <br> ) <br> ) |

## Order of Dismissal

The Plaintiffs have dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 17.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on March 23, 2020.

_____
Robert N. Scola, Jr.
United States District Judge